## MANGUAL v. EL REGISTRADOR DE LA PROPIEDAD.

### RECURSO gubernativo contra nota del Registrador de la Propiedad de Caguas.

No. 120—Resuelto en junio 11, 1912.

TIEMPO PARA INTERPONER EL RECURSO—DESESTIMACIÓN—CÓMPUTO DEL TÉRMINO.—De acuerdo con la sección 3 de la Ley de marzo 1, 1902 sobre recursos gubernativos, dentro de los 20 días siguientes a la notificación de la nota del registrador debe interponerse el recurso. En el caso de autos, la nota recurrida fué notificada el día 4 de mayo, y hasta después del 24 del mismo mes no se presentó en la secretaría de este tribunal el escrito estableciendo el recurso. Se resolvió que debía desestimarse por haber sido interpuesto fuera del tiempo que marca la ley. El cómputo para los términos se hará excluyendo el primer día e incluyendo el último, a menos que éste sea día de fiesta, en cuyo caso será también excluído.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Manuel Tous Soto.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Don José Sergio Mangual Falero y otros presentaron en el Registro de la Propiedad de Caguas con el objeto de que fuera inscrita, una escritura de partición de los bienes de los esposos María Concepción Falero y de Juan de la Cruz Mangual, inscripción que negó el registrador según nota puesta al pie del documento, la que fué notificada a los interesados el día 4 de mayo último.

Con posterioridad al día 24 de dicho mes, los interesados en el documento presentaron en la secretaría de este Tribunal Supremo un escrito estableciendo recurso gubernativo contra la nota denegatoria de inscripción.

Según la sección 3ª. de la ley de 1°. de marzo de 1902, que es la 801 de los Estatutos Revisados de Puerto Rico, el recurso gubernativo contra la negativa de inscripción de un registrador, habrá de establecerse dentro de los veinte días siguientes a la notificación.

Según el artículo 388 del Código Político, el cómputo para los términos se hará excluyendo el primer día e incluyendo el

último a menos que éste sea día de fiesta, en cuyo caso será también excluído.   Así pues, de acuerdo con este precepto, los veinte días concedidos por la ley para establecer el recurso empezaron a contarse desde el siguiente a la notificación, o sea desde el 5 de mayo, a pesar de ser festivo, y vencieron el viernes del mismo mes.   (Véase *Muñoz* v. *López,* 14 D. P. R., 465.)

Habiendo sido interpuesto el recurso en este caso después de los veinte días que para ello concede la ley, no podemos considerarlo y debe ser desestimado, según hemos ya resuelto también en el recurso establecido por *Finlay* v. *Registrador de la Propiedad,* 16 D. P. R., 18 y casos en él citados.

*Desestimado el recurso.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y del Toro.